# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

136296

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EDWIN E. BAUTISTA,
            Plaintiff-Appellee,
and

AAA MICHIGAN,
            Intervening Plaintiff-Appellant,

v                                                                  SC: 136296
                                                                   COA: 280858
                                                                   WCAC: 06-000075

MIRESCO PROMOTIONAL SALES, INC., and
SEARS, ROEBUCK & COMPANY/LIBERTY
MUTUAL FIRE INSURANCE COMPANY,
            Defendants-Appellees.
_____/

      On order of the Court, the application for leave to appeal the March 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

t0721